ORDER
PER CURIAM.
Before the Court is the appellants’ petition for rehearing en banc.
An active judge having called for a poll of the Court on the appellants’ petition for rehearing en banc, such poll has been conducted and has failed to garner majority support of the active judges. Judges Michael, Motz, and King voted in favor of rehearing en banc, whereas Judges Widener, Niemeyer, Luttig, Shedd, and Duncan voted against rehearing en banc. Chief Judge Wilkins, along with Judges Wilkinson, Williams, Traxler, and Gregory, deemed themselves disqualified and did not participate.
Pursuant to the foregoing, the petition for rehearing en banc is denied.
Judge King wrote an opinion dissenting from the denial of rehearing en banc, which was joined by Judge Michael and Judge Motz and is filed herewith.